**Patrick E. Mahoney**, ISB #5242
**MAHONEY LAW, PLLC**
CAPITOL GATEWAY PLAZA
1211 W. Myrtle Street, Suite 350
Boise, Idaho 83702
Telephone: (208) 345-6364
Facsimile: (208) 342-4657
patrick@patrickmahoneylaw.com

**Jeffrey McKinnie,** ISB #7020
**MCKINNIE LAW OFFICE**
P.O. Box 9469
Boise, Idaho 83707
Phone: (208) 429-0088
Fax: (208) 342-4657
jeffmckinnie@hotmail.com

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| K. M. B., a minor, by and through her parents, KURT BLOXHAM and KELLI BLOXHAM (husband and wife),<br><br>Plaintiff,<br><br>vs.<br><br>MODERN ICE EQUIPMENT AND SUPPLY COMPANY; and DOES I-X,<br><br>Defendants. | Case No. 4:18-CV-358-REB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** *WITH* **PREJUDICE** |

COME NOW, the above captioned Plaintiffs, by and through their counsel of record, and hereby dismiss their claims against the above captioned Defendants *with* prejudice pursuant to F.R.C.P. 41(a)(1)(A)(i).

**DATED** this 17th day of September, 2018.

                                      MAHONEY LAW, PLLC

                              By:_____/S/_____
                                      PATRICK E. MAHONEY
                                      Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 17th day of September, 2018, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

 Jeffery McKinnie: jeffmckinnie@hotmail.com

Andrew C Bohrnsen:
 hnelson@bsslslawfirm.com, smorrison@bsslslawfirm.com, abohrnsen@bsslslawfirm.com, sstocker@bsslslawfirm.com

                                            MAHONEY LAW, PLLC

                                            By /S/ Patrick E. Mahoney
                                                    PATRICK E. MAHONEY